UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| STANLEY FOSSETT, ) | |
| ) | Case No. 1:06-CV-01820 |
| Plaintiff, ) | |
| ) | |
| v. ) | Judge Ann Aldrich |
| ) | |
| FORD MOTOR COMPANY, ) | |
| ) | |
| Defendant. ) | <u>ORDER</u> |
| ) | |
| ) | |

    Before the court are defendant Ford Motor Company's ("Ford") motion to compel [Docket No. 31] and Ford's motion and amended motion to extend deadlines [Docket Nos. 32, 33]. Following the case management conference held on March 16, 2007, the court set a dispositive motion deadline of August 31, 2007 and a backup trial date of November 5, 2007 in its case management order issued on that date [Docket No. 27].

    Following that case management conference, Ford served interrogatories and requests for the production of documents, pursuant to Federal Rules of Civil Procedure 33 and 34, on Fossett in April 2007. Fossett has not responded to those discovery requests as yet, despite communications by counsel for Ford inquiring into the status of those discovery responses, and a representation made at Fossett's July 25, 2007 deposition that discovery responses would be forthcoming approximately one month ago. The court therefore grants Ford's motion [Docket No. 31] pursuant to Federal Rule of Civil Procedure 37(a)(2)(B), and orders Fossett to respond, fully and completely, to Ford's discovery requests no later than September 21, 2007. Failure to fully and completely respond to the discovery requests will result in sanctions by this court pursuant to Rule 37(b)(2), up to and including dismissal of Fossett's sole remaining claim with prejudice.

Ford has also moved for an extension of the dispositive motion deadline, based on Fossett's failure to respond to Ford's discovery requests. The court grants that motion [Docket No. 33], extends the dispositive motion deadline to October 5, 2007 and vacates the currently scheduled trial date. The court will schedule a new trial date, if necessary, following the resolution of any dispositive motions. Ford's initial motion to extend deadlines [Docket No. 32] is denied as moot.

IT IS SO ORDERED.

                s/Ann Aldrich
                ANN ALDRICH
                UNITED STATES DISTRICT JUDGE

**Dated: August 29, 2007**